## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER OF DETENTION PENDING HEARING** |
| | ) | |
| vs. | ) | |
| | ) | |
| Kristy A. Felch | ) | Case No. 1:98-cr-010 |
| | ) | |
| Defendant. | ) | |
| | ) | |

_____

Upon the Motion of the United States for detention of the defendant, and for a detention hearing, it is hereby **ORDERED** that a detention hearing be scheduled for Friday, March 17, 2006, at 1:30 p.m. CST at the Federal Building and U.S. Courthouse in Bismarck, North Dakota.  Given the status of defendant's father's health, the court will allow her to visit with her father today provided that she surrender herself to the Burleigh County Detention Center by 3:00 p.m.

Based on the foregoing, it is **FURTHER ORDERED** that the defendant shall surrender herself to the custody of the Attorney General, or his designated representative, for confinement at the Burleigh County Detention Center by 3:00 p.m., March 16, 2006, where she will be held until further order of the court.  The defendant shall be afforded a reasonable opportunity for private consultations with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated this 16th day of March, 2006.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge