IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE WAIVER OF DETENTION** |
| v. | ) | **HEARING AND PRELIMINARY** |
| | ) | **HEARING** |
| Kristy A. Felch, | ) | |
| | ) | Case No. Case No. 1:98-cr-10 |
| Defendant. | ) | |

_____

On March 17, 2006, the court convened a detention hearing and preliminary hearing. AUSA Scott Schneider appeared on the government's behalf. Federal Public Defender Orell Schmitz appeared on the defendant's behalf.

At the outset of the hearing, the government indicated that it would withdraw its Motion for Detention. In addition, the defendant advised the court that she wished to waive her right to a preliminary hearing. The court finds that the defendant, having had an opportunity to consult with counsel, freely and voluntarily, and knowingly and intelligently waived her right to a preliminary hearing. Further, based upon the defendant's waiver of a preliminary hearing, the court finds that there is probable cause to believe that the defendant may have committed the offense alleged in the petition for revocation of supervised release. Accordingly, the court **ORDERS** that the defendant be bound over to the United States District Court to answer to the charges set forth in the petition for revocation of supervised release. The court further **ORDERS** that the government's motion to detain is **DENIED** as moot and that the defendant be released pursuant to the Order Setting Conditions of Release.

Dated this 17th day of March, 2006.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge